# EXHIBIT A




# Costa Rica Hotels

# Dominican Republic

5 Days All Inclusive in our 5 Star Resort

## Just $149 per person

### 90% off

## 24 months to use

Your choice of Costa Rica, Dominican Republic or Cancun, Cabo San Lucas, Puerto Vallarta, or Isle of Loreto

Enjoy Unlimited Meals and Drinks, Free Scuba Lessons, Free Kayaks, Free Bicycles, Free Nightly Entertainment and Free Tennis and more

Bonus 5 Days in Orlando Florida

## Call 1-888-212-9408



# México
# CANCÚN
LOS CABOS

To be removed from our distribution list, please call 1-888-997-4780



866-265-9205
3-28-2019 8:08
1/1
Received Time Mar. 28. 2019 10:09AM No. 9420