# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RESORT CONFIRMATIONS, INC., d/b/a RCI-Promotions, a Florida corporation,<br><br>*Defendant.* | Case No. 1:19-cv-01178-CCB<br><br>RECEIVED IN THE OFFICE OF<br>CATHERINE C. BLAKE<br><br>AUG 1 5 2019<br><br>UNITED STATES DISTRICT JUDGE |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Wendell H. Stone Company, Inc. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives this notice that it voluntarily dismisses all claims in this action as to itself in its individual capacity without prejudice. Defendant Resort Confirmations, Inc. ("Defendant") has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice without an Order of the Court.

Dated: August 14, 2019


Approved
CCB
USDJ 8/19/19

Respectfully submitted,

**WENDELL H. STONE COMPANY, INC.**,
individually and on behalf of all others similarly situated,

/s/ Steven L. Woodrow
One of Plaintiff's Attorneys

Steven L. Woodrow
swoodrow@woodrowpeluso.com

1

Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675

Martin Wolf
mwolf@gwcfirm.com
Gordon, Wolf & Carney, Chtd
100 W. Pennsylvania Ave., Suite 100
Towson, MD 21204
Tel: (410) 825-2300
Fax: (410) 825-0066